IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| THE CINCINNATI LIFE INSURANCE COMPANY, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 112-098 |
| ANDRAES JOHNSON, as beneficiary of Cincinnati Life Insurance Universal Policy #6080317P of RONNIE J. JOHNSON, | * * * * * | |
| Defendant. | * | |

## O R D E R

Presently before the Court is Plaintiff's notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 13.) A review of the docket shows that Defendants have not served an answer or motion for summary judgment. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 6th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA